## BRADHAM v. THE STATE.

BELL, Justice. 1. The evidence, though circumstantial, was sufficient to warrant the charge on the subject of conspiracy, and to authorize the verdict of guilty.

2. The grounds of the motion for a new trial relating to other questions, not being referred to in the briefs for the plaintiff in error, are treated as abandoned.

3. The judgment refusing a new trial was not erroneous for any reason urged.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*

No. 10455. JANUARY 19, 1935. REHEARING DENIED FEBRUARY 22, 1935.

*H. A. Boykin,* for plaintiff in error.

*M. J. Yeomans, attorney-general, W. G. Neville, solicitor-general, B. D. Murphy, J. T. Goree, R. L. Moore,* and *D. A. Bragg,* contra.

## BRADHAM v. THE STATE.

HUTCHESON, Justice. Under the rulings in *Bradham* v. *State*, ante, involving the same homicide as in the present case, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*